■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN S. ESPOSITO, on Behalf of LAURA SERGIO, Petitioner, v WARDEN, RIKERS ISLAND CORRECTIONAL FACILITY, Respondent. [840 NYS2d 876]—Writ of habeas corpus in the nature of an application to reduce bail upon Kings County indictment No. 3431/07.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Kings County indictment No. 3431/07 to the sum of $750,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Crane, J.P., Goldstein, Skelos and Carni, JJ., concur.